

## LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

October 23, 2019

**Via ECF**
Andrew L. Carter, Jr., U.S.D.J.
United States Courthouse
40 Foley Square, Courtroom 1306
New York, NY 10007

Re:   *La Pecora Bianca Holdings, LLC, et al v.*
      *Empowered Hospitality LLC, et al*
      19-cv-09655(ALC)

Your Honor:

  This office represents the Plaintiffs in the above referenced action. We write to request that Court seal Exhibit 1 of the Complaint (Doc #1-1) which was filed on October 18, 2019. The exhibit contains information that should have been redacted by our office before filing. This was an inadvertent error. This office reached out to the ECF Clerk who advised that a formal direction from the Court was required in order to seal the document.

  Further, we are requesting that the attached, properly redacted copy of the exhibit be accepted as part of the Complaint.

  We apologize to the Court for an inconvenience this may have caused.

  Thank you.

            Respectfully submitted,
            LAW OFFICES OF WILLIAM CAFARO

            /s/ William Cafaro_____
            William Cafaro, Esq. (WC 2730)
            Amit Kumar, Esq. (AK 0822)
            *Attorneys for the Plaintiff*
            108 West 39th Street, Suite 602
            New York, NY 10018
            Main (212) 583-7400
            BCafaro@cafaroesq.com
            AKumar@CafaroEsq.com

**2 |** P a g e

Re: Andrew L. Carter, Jr. U.S.D.J.
*La Pecora Bianca Holdings, LLC, et al v.*
*Empowered Hospitality LLC, et al*
19-cv-09655(ALC)

CC:

Elizabeth R. Gorman, Esq. (via e-mail only)
MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
1000 Woodbury Road
Woodbury, New York 11797
egorman@milbermakris.com