MEMO ENDORSED



# LAW OFFICES OF
# WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: *bcafaro@cafaroesq.com*

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: *akumar@cafaroesq.com*

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: *lleon@cafaroesq.com*

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

January 22, 2020

*Via ECF and e-Mail*
Andrew L. Carter, Jr., U.S.D.J.
United States Courthouse
40 Foley Square, Courtroom 1306
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

> Re:     *La Pecora Bianca Holdings, LLC, et al v.*
>         *Empowered Hospitality LLC, et al*
>         19-cv-09655(ALC)

Your Honor:

This office represents the Plaintiff in the above referenced action. We write to request a short, one-week extension of time to file our opposition to the Defendants' pre-motion letter to dismiss the Plaintiff's complaint. Pursuant to Your Honor's Rules of practice, our opposition is currently due on January 24, 2020 and we are requesting until January 31, 2020 to file our opposition. No previous requests of this kind have been made, and Defendants' counsel has consented to our request. We are making this request because lead counsel on the matter will be out of the office for several days due to a medical procedure.

We thank the Court for its courtesy in this matter.

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

_____
Amit Kumar, Esq. (AK 0822)
*Attorneys for the Plaintiff*
108 West 39th Street, Suite 602
New York, NY 10018
Main (212) 583-7400
AKumar@CafaroEsq.com

Re:     Andrew L. Carter, Jr. U.S.D.J.
        *La Pecora Bianca Holdings, LLC, et al v.*
        *Empowered Hospitality LLC, et al*
        19-cv-09655(ALC)

CC:

Defense Counsel (via ECF)

SO ORDERED

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

1/23/2020