UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

La Pecora Bianca Holdings, LLC et al.,

                 Plaintiffs,

-against-

Empowered Hospitality LLC et al.,

                 Defendants.

1:19-cv-09655 (ALC) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, during which they advised the Court that they have been in discussions to resolve this matter, it is hereby Ordered that, no later than Thursday, June 3, 2021, the parties shall file a joint letter regarding the status of those discussions. If this action has not been resolved by that date, the Court will set a new date for an Initial Pretrial Conference.

**SO ORDERED.**

DATED:    New York, New York
            May 20, 2021

_____
STEWART D. AARON
United States Magistrate Judge