USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 21, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

La Pecora Bianca Holdings, LLC, et al.

**Plaintiffs,**

v.

Empowered Hospitality, LLC, et al.

**Defendant.**

1:19-cv-09655-ALC-SDA

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

Dated: June 21, 2021 New York, New York

*Andrew L. Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**